IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CLARENCE E. MURPHY, JR.,

      Appellant,

 v.

Case No.  5D22-2380
LT Case No. 2017-CF-000841

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 25, 2023

3.850 Appeal from the Circuit Court
for Flagler County,
Terence R. Perkins, Judge.

Mary E. Fitzgibbons, Orlando, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.


    AFFIRMED.


LAMBERT, HARRIS and SOUD, JJ., concur.